944

No. 81–1111. JOHNS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 81–1112. MAYOR AND CITY COUNCIL OF BALTIMORE ET AL. v. JOHNSON ET AL. C. A. 4th Cir. Certiorari before judgment denied.

No. 81–1121. ST. MARTIN v. HEGEWALD ET UX. Ct. App. Wash. Certiorari denied.

No. 81–1122. FARMER v. STRICKLAND, SHERIFF OF PIERCE COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 81–1124. GREAT AMERICAN SCREEN, AKA BE-DOWN HOME DESIGNS, ET AL. v. MUSIDOR, B.V., ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1128. J. RAY MCDERMOTT & CO., INC. v. SIGNAL OIL & GAS CO. ET AL.; and
No. 81–1150. SUN OIL CO. ET AL. v. SIGNAL OIL & GAS CO. C. A. 5th Cir. Certiorari denied. Reported below: 654 F. 2d 1164.

No. 81–1129. MITCHELL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–1130. COMAY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–1136. MESSENGER ET UX. v. BUCYRUS-ERIE CO. C. A. 3d Cir. Certiorari denied.

No. 81–1137. ALIOTO'S FISH CO., LTD., ET AL. v. HUMAN RIGHTS COMMISSION OF SAN FRANCISCO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.